STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CRAIG H. NAKAMURA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 13 2000

at 2 o'clock and 22 min P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR00-00019 HG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 1341; |
| | ) | 18 U.S.C. § 1029(a)(5)] |
| CATHRYN KALANI PARKER, | ) | |
| a/k/a "Katherine Gonsalves" | ) | |
| and "Jan," | ) | |
| | ) | |
| Defendant. | ) | |

I N D I C T M E N T

COUNTS 1-3

The Grand Jury charges that:

1. From in or about September, 1995 and continuing through at least March, 1996, the Defendant, CATHRYN KALANI PARKER, also known as "Katherine Gonsalves" and "Jan", in the

District of Hawaii and elsewhere, devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, which scheme and artifice was in substance as follows:

    a.    Prior to September of 1995, Defendant CATHRYN KALANI PARKER was employed by Travel Trust Travel Agency in San Diego, California. Part of her job was to service the travel account of the Jenny Craig Corporation. In performing these responsibilities she had access to the American Express Business Travel Account Number 378291178571005 which was issued to the Jenny Craig Corporation.

    b.    Prior to September of 1995, Defendant CATHRYN KALANI PARKER's employment with Travel Trust Travel Agency was terminated and she moved to Hawaii.

    c.    Beginning in or about September, 1995, Defendant CATHRYN KALANI PARKER took out a series of classified advertisements in the Honolulu Advertiser which offered to sell airline tickets to anywhere in the United States for $500. The advertisement provided a telephone number, (808) 543-1035, for prospective buyers to contact.

d.  When prospective buyers called this telephone number, they were connected to a recorded message which instructed them to leave a telephone number where they could be reached.

e.  Defendant CATHRYN KALANI PARKER would call prospective buyers who left their telephone number. If the person agreed to purchase the tickets, Defendant would request the name of the person traveling and the desired travel route.

f.  Upon receiving this information, Defendant CATHRYN KALANI PARKER would call American Airlines, order the requested airline tickets by falsely representing that they were being purchased on behalf of the Jenny Craig Corporation, and charge the tickets to the American Express Business Travel Account Number 378291178571005 issued to the Jenny Craig Corporation. Defendant CATHRYN KALANI PARKER did not have the authorization or approval of the Jenny Craig Corporation to charge these tickets to its American Express Business Travel Account Number 378291178571005.

g.  Defendant CATHRYN KALANI PARKER caused American Airlines to mail the plane tickets she ordered to a private mailbox she had rented from the Honolulu Mail Company in the name of "Jen Craig Corp." The address for this private mailbox was Suite, 108-189, 1440 Kapiolani Boulevard, Honolulu, Hawaii, 96814.

    h. Defendant CATHRYN KALANI PARKER would deliver the plane tickets to her customers and receive payment of approximately $500 per ticket, often in cash. Defendant falsely represented to her customers that she was able to obtain the plane tickets from American Airlines through frequent flier awards or other legitimate means.

    i. Through her scheme, Defendant CATHRYN KALANI PARKER obtained by fraud more than $27,000 in plane tickets from American Airlines which she then resold to her customers.

    j. Certain of Defendant CATHRYN KALANI PARKER's customers were prevented from traveling on the tickets they had purchased after American Airlines discovered Defendant's fraud. Other customers were able to travel on the tickets before American Airlines discovered Defendant's fraud.

    2. On or about the dates set forth below, in the District of Hawaii and elsewhere, the Defendant, CATHRYN KALANI PARKER, also known as "Katherine Gonsalves" and "Jan", for the purpose of executing the aforesaid scheme and artifice, and attempting to do so, did knowingly cause to be delivered by mail according to the directions thereon, airline tickets sent by American Airlines to Suite 108-189, 1440 Kapiolani Boulevard, Honolulu, Hawaii, 96814, which was a private mailbox rented by

4

Defendant, with each such mailing as set forth in tabular form below constituting a separate count of this Indictment:

| Count | Date of Offense | Description of Item mailed |
|---|---|---|
| 1 | On or about 1/22/96 | Tickets for Tammy Ferreira |
| 2 | On or about 2/13/96 | Tickets for Paul Bates and Rebecca Dixon |
| 3 | On or about 2/22/96 | Tickets for Michael Lewis |

All in violation of Title 18, United States Code, Section 1341.

## COUNT 4

Between in or about September, 1995 and in or about March of 1996, in the District of Hawaii and elsewhere, the Defendant, CATHRYN KALANI PARKER, also known as "Katherine Gonsalves" and "Jan", did knowingly and with intent to defraud, effect transactions with an access device issued to another person, to receive payment and other things of value during the period September 1, 1995 through March 31, 1996, the aggregate value of which was equal to or greater than $1,000, which conduct affected interstate commerce, in that, Defendant CATHRYN KALANI PARKER, with intent to defraud, purchased plane tickets for interstate travel from American Airlines using an access device

//
//
//

5

issued by American Express to the Jenny Craig Corporation, namely, American Express Business Travel Account Number 378291178571005, and then sold the plane tickets to others.

All in violation of Title 18, United States Code, Section 1029(a)(5).

DATED: Jan 13, 2000, at Honolulu, Hawaii

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
U.S. Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CRAIG H. NAKAMURA
Assistant U.S. Attorney